**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-811-RJC-DCK**

|  |  |  |
|---|---|---|
| **KARINA M. CRUZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ALLSTATE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Paul J. Peralta, concerning Anneliese Wermuth on February 15, 2013. Ms. Wermuth seeks to appear as counsel *pro hac vice* for Defendant Allstate Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Ms. Wermuth is hereby admitted *pro hac vice* to represent Defendant Allstate Insurance Company.

**SO ORDERED**.

Signed: February 21, 2013

David C. Keesler
United States Magistrate Judge